# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2015

Robert P. Young, Jr.,
Chief Justice

150206(70)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

JENNY N. GLAUBIUS,
        Plaintiff-Appellee,

v

      SC: 150206
      COA: 318750
      Macomb CC Family Division:
        2012-004307-DM

JOHN A. GLAUBIUS,
        Defendant-Appellant.
_____/

      On order of the Chief Justice, the third motion of plaintiff-appellee to extend the time for filing her brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before June 4, 2015.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

        May 20, 2015



             Clerk